**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KISHA BROWN,** ) | |
| **5361 Ames Street, NE,** ) | |
| **Washington, D.C. 20019,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.** _____ |
| ) | **Formerly Case No. 2026-CAB-002998** |
| **SAFEWAY, INC.,** ) | **D.C. Superior Court** |
| **11555 Dublin Canyon Road,** ) | |
| **Pleasanton, California 94588** ) | |
| ) | |
| **And** ) | |
| ) | |
| **ALBERTSONS COMPANIES, INC.,** ) | |
| **250 E. Parkcenter Boulevard** ) | |
| **Boise, Idaho 83706** ) | |
| ) | |
| **And** ) | |
| ) | |
| **NEW ALBERTSON'S, INC.** ) | |
| **250 E. Parkcenter Boulevard** ) | |
| **Boise, Idaho 83706** ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 103.3, Defendants Safeway, Inc. and Albertsons Companies, Inc. (collectively, "Defendants"),[1] by and through the undersigned counsel, hereby discloses the following corporate interests:

1. Safeway, Inc. is a wholly owned subsidiary of Albertsons Companies, Inc.

2. Albertsons Companies, Inc. is a publicly traded company.

---

[1] Defendants note that New Albertsons, Inc. filed its Withdrawal of Foreign Registration Statement Form with the D.C. Department of Consumer & Regulatory Affairs on February 26, 2019, and was dissolved in 2020. Accordingly, New Albertsons, Inc. ceased to exist in the District of Columbia prior to the date of Plaintiff's alleged incident, June 3, 2023

These representations are made in order that judges of this Court may determine the need for recusal.

DATED this 8th day of June, 2026.                    Respectfully submitted,

                                        /s/ Carlos A. Uria
                                        Justin M. Cuniff, Esq. # 499196
                                        Carlos A. Uria, Esq. #1033890
                                        Chartwell Law
                                        One Park Place, Suite 425
                                        Annapolis, MD 21401
                                        Telephone: (443) 443-8475
                                        Facsimile:  (443) 263-2935
                                        Email:  jcuniff@chartwelllaw.com
                                        Email:  auria@chartwelllaw.com
                                        *Counsel for Defendants Safeway, Inc.,
                                        Albertsons Companies, Inc. and
                                        New Albertsons, Inc.*

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **KISHA BROWN,** | ) | |
| **5361 Ames Street, NE,** | ) | |
| **Washington, D.C. 20019,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. _____** |
| | ) | **Formerly Case No. 2026-CAB-002998** |
| **SAFEWAY, INC.,** | ) | **D.C. Superior Court** |
| **11555 Dublin Canyon Road,** | ) | |
| **Pleasanton, California 94588** | ) | |
| | ) | |
| **And** | ) | |
| | ) | |
| **ALBERTSONS COMPANIES, INC.,** | ) | |
| **250 E. Parkcenter Boulevard** | ) | |
| **Boise, Idaho 83706** | ) | |
| | ) | |
| **And** | ) | |
| | ) | |
| **NEW ALBERTSON'S, INC.** | ) | |
| **250 E. Parkcenter Boulevard** | ) | |
| **Boise, Idaho 83706** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of June, 2026, a copy of the foregoing *Corporate Disclosure Statement* was served via first class mail upon:

Wes P. Henderson, Esq.
Patrick D. Gardiner, Esq.
Henderson Law, LLC
2127 Espey Court, Suite 204
Crofton, Maryland 21114
*Counsel for Plaintiff*

*/s/ Carlos A. Uria*
Justin M. Cuniff, Esq. # 499196
Carlos A. Uria, Esq. #1033890
Chartwell Law
One Park Place, Suite 425

Annapolis, MD 21401
Telephone: (443) 443-8475
Facsimile:  (443) 263-2935
Email:  jcuniff@chartwelllaw.com
Email:  auria@chartwelllaw.com
*Counsel for Defendants Safeway, Inc.,*
*Albertsons Companies, Inc. and*
*New Albertsons, Inc.*